IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: February 25, 2015 |
| Court Reporter: Gwen Daniel | Probation: Kyla Hamilton |
| | Time: 47 minutes |

_____

Criminal Action No. 14-cr-00262-WJM         *Counsel:*

UNITED STATES OF AMERICA,                  Jeremy Sibert

    Plaintiff,

v.

MICHAEL CHU,                                Edward Harris

    Defendant.

_____

**COURTROOM MINUTES**
_____

HEARING - SENTENCING

03:03 p.m.    Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement by Mr. Sibert

Sentencing Statement by Mr. Harris

**ORDERED:  There being no objection to the motion, the Government's Motion for
One-Level Decrease in Guideline Computation Pursuant to
USSG § 3E1.1(b) [29], the motion is GRANTED.**

1

**ORDERED:** There being no objection to the Government's Motion For Variance - Appellate Waiver [30], the motion is GRANTED.

The Court addresses the Defendant's Motion for Downward Variance [27].

Argument (by Mr. Harris)

Argument (by Mr. Sibert)

Argument (by Mr. Harris)

Court's comments

Statement by Jonathan Dang

Statement by Austin Dang

Statement by defendant's sister

Statement by defendant's father

Defendant's Allocution

**ORDERED:** The Defendant's Motion for Downward Variance [27] is GRANTED IN PART.

> Defendant plead guilty to Count One of the Indictment on October 10, 2014.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Michael Chu, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 36 months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**The Court recommends that the Bureau of Prisons place the defendant at a facility appropriate to his security designation located within the District of Colorado.**

**ORDERED:** **Upon release from imprisonment defendant shall be placed on supervised release for a term of three years.**

> **Within 72 hours of release from the custody of the Bureau of Prisons the defendant shall report in person to the probation office in the district to which defendant is released.**
>
> **While on supervised release the defendant shall not commit another federal, state or local crime, he shall not possess a firearm as defined in 18 U.S.C. § 921, and he shall comply with the standard conditions adopted by this Court.**
>
> **The defendant shall not unlawfully possess and he shall refrain from unlawfully using a controlled substance.  The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**
>
> **The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** **Special Condition of Supervised Release:**

> **The defendant shall not associate with or have contact with any gang members and he shall not participate in any gang activity, to include the displaying gang paraphernalia.**

**ORDERED:** **Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and Defendant's agreement in his Plea Agreement, the Defendant shall forfeit to the U.S. any and all property derived from proceeds from the instant offense and as referenced and stipulated to in said Plea Agreement.**

**ORDERED:** **The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:** **Defendant has no ability to pay a fine, and the fine is waived.**

The defendant is advised of his right to appeal both his conviction and sentence imposed except in very limited circumstances.

**ORDERED:** **Defendant is REMANDED to the custody of the U.S. Marshal.**

03:50 p.m.    Court in Recess
              Hearing concluded